```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
HEGHNAR SKAYIAN,                                                   :
                                                                   :
                         Plaintiff,                                :
                                                                   :      23-cv-10941 (LJL)
        -v-                                                        :
                                                                   :           ORDER
33 CAPTAIN'S CAFÉ, LLC, et al.,                                    :
                                                                   :
                         Defendants.                               :
                                                                   :
-------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

On March 18, 2024, the parties informed the Court that they had reached an agreement and sought leave from the Court to file a *Cheeks* motion. Dkt. No. 10. The *Cheeks* motion and letter explaining the basis for the proposed settlement were due by March 27, 2024. Dkt. No. 11. The parties requested an extension until April 8, Dkt. No. 12, which the Court granted, Dkt. No. 13. Although the extended deadline has passed, the parties still have not filed the *Cheeks* motion and joint letter. The parties are ordered to submit the motion and joint letter by Friday, April 12, 2024.

SO ORDERED.

Dated: April 10, 2024
       New York, New York
                                        _____
                                                LEWIS J. LIMAN
                                                United States District Judge